Dismissed and Memorandum Opinion filed December 2, 2004









Dismissed and Memorandum Opinion filed December 2,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01116-CR

____________

 

BILLY EARL
JONES, JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

 Harris County, Texas

Trial Court Cause No. 994,896

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of a controlled
substance, cocaine.  In accordance with
the terms of a plea bargain agreement with the State, the trial court sentenced
appellant on August 5, 2004, to confinement for nine months in a state jail
facility.  Appellant filed a pro se
notice of appeal.  Because appellant has
no right to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 2, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.

Do Not Publish C Tex. R. App.
P. 47.2(b).